1  EDWARD J. WYNNE (State Bar No. 165819)
   ewynne@wynnelawfirm.com
2  WYNNE LAW FIRM
   100 Drakes Landing Road, Suite 275
3  Greenbrae, CA 94904
   Telephone:   (415) 461-6400
4  Facsimile:   (415) 461-3900

5  Attorneys for Plaintiffs
   VLAD TYSN, DANIEL SILBERMANN,
6  LORI BAGWELL, and
   CATHERINE HORAN-WALKER
7
   MALCOLM A. HEINICKE (State Bar No. 194174)
8  malcolm.heinicke@mto.com
   MARJA-LIISA OVERBECK (State Bar No. 261707)
9  mari.overbeck@mto.com
   MUNGER, TOLLES & OLSON LLP
10 560 Mission Street
   Twenty-Seventh Floor
11 San Francisco, California 94105-2907
   Telephone:   (415) 512-4000
12 Facsimile:   (415) 512-4077

13 Attorneys for Defendant
   WELLS FARGO ADVISORS, LLC
14

15 [ADDITIONAL COUNSEL LISTED BELOW]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| VLAD TSYN, DANIEL SILBERMANN, LORI BAGWELL, and CATHERINE HORAN-WALKER, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>vs.<br><br>WELLS FARGO ADVISORS, LLC,<br><br>        Defendant. | Case No. 14-cv-02552-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO MODIFY BRIEFING SCHEDULES**<br><br>Judge:   Hon. Laurel Beeler<br><br>Trial Date:   None Set |

**ADDITIONAL COUNSEL**

DAVID S. MARKUN (State Bar No. 108067)
dmarkun@mzclaw.com
Jeffrey K. Compton (State Bar No. 142969)
jcompton@mzclaw.com
MARKUN ZUSMAN FRENIERE & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Pacific Palisades, CA 90272
Telephone:   (310) 454-5900
Facsimile:   (310) 454-5970

JAMES F. CLAPP (State Bar No. 145814)
jclapp@sdlaw.com
DOSTART CLAPP & COVENEY, LLP
4370 La Jolla Village Drive, Suite 970
San Diego, California 92122-1253
Telephone:   858) 623-4200
Facsimile:   (858) 623-4299

GALLO, LLP
Ray E. Gallo (SBN 158903)
rgallo@gallo-law.com
1299 Fourth Street, Suite 505
San Rafael, CA 94901
Telephone:   (415) 257-8800
Facsimile:   (415) 257-8844

Attorneys for Plaintiffs
VLAD TSYN, DANIEL SILBERMANN,
LORI BAGWELL, and CATHERINE HORAN-WALKER

TERRY E. SANCHEZ (State Bar No. 101318)
terry.sanchez@mto.com
JEFFREY M. OSOFSKY (State Bar No. 268593)
jeff.osofsky@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
WELLS FARGO ADVISORS, LLC

# STIPULATION

WHEREAS, Plaintiffs have filed a Motion for Interlocutory Appeal (ECF No. 106), currently set for hearing before this Court on April 14, 2016 at 9:30 a.m.;

WHEREAS, Defendant's response to that motion is currently due on March 23, 2016, and Plaintiffs' reply on March 30, 2016;

WHEREAS, per the agreement of the parties, the Court continued to April 7, 2016 the deadline for filing motions related to (1) conditional certification under the Fair Labor Standards Act ("FLSA") of the remaining FLSA claims; and (2) class certification of the California state law claims under Rule 23.  The Court did so with the parties' expressed understanding that they would meet and confer on these deadlines following the now-issued ruling on Plaintiffs' initial motion for conditional certification and Defendant's motions for partial summary judgment.  (ECF No. 67);

WHEREAS, the Parties have met and conferred on the above briefing schedules and have agreed to a briefing and hearing schedule on the pending motion as well as a continuance of provisional deadline for motions concerning conditional and class certification (the parties note their intent to meet and confer further after resolution of the pending Motion for Interlocutory Appeal);

WHEREAS, the Parties jointly and respectfully submit that it would best promote judicial and party resources to modify and reset these pending deadlines;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective Parties hereto, that:  Subject to the approval of the Court, the deadlines in this matter be modified and set as follows:

| Case Event | Current Filing Deadline/Hearing Date | Proposed Extended Filing Deadline/Hearing Date |
|---|---|---|
| Deadline to File Response to Plaintiffs' Motion for Interlocutory Appeal | 3/23/16 | 3/31/16 |
| Deadline to File Reply ISO Motion for Interlocutory Appeal | 3/30/16 | 4/14/16 |

| Hearing on Motion for Interlocutory Appeal | 4/14/16 | 4/28/16 |
|---|---|---|
| Deadline for Filing Motions for Conditional Certification and Rule 23 Class Certification | 4/7/16 | 6/23/16 |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  March 22, 2016        WYNNE LAW FIRM
                              EDWARD J. WYNNE


                              By:  */s/ EDWARD J. WYNNE*
                              EDWARD J. WYNNE
                              Attorneys for Plaintiff
                              VLAD TYSN

DATED:  March 22, 2016        MUNGER, TOLLES & OLSON LLP



                              By:  */s/ MARJA-LIISA OVERBECK*
                              MARJA-LIISA OVERBECK
                              Attorneys for Defendant
                              WELLS FARGO ADVISORS, LLC


<u>FILER'S ATTESTATION</u>

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Stipulation, it is hereby ORDERED that the case deadlines in this matter be modified as follows:

| Case Event | Current Filing Deadline/Hearing Date | Proposed Extended Filing Deadline/Hearing Date |
|---|---|---|
| Deadline to File Response to Plaintiffs' Motion for Interlocutory Appeal | 3/23/16 | 3/31/16 |
| Deadline to File Reply ISO Motion for Interlocutory Appeal | 3/30/16 | 4/14/16 |
| Hearing on Motion for Interlocutory Appeal | 4/14/16 | 4/28/16 |
| Filing of Motions re: Conditional Certification and Rule 23 Class Certification | 4/7/16 | 6/23/16 |

DATED:   March 23, 2016

_____
HONORABLE LAUREL BEELER