1  EDWARD J. WYNNE (State Bar No. 165819)
   ewynne@wynnelawfirm.com
2  WYNNE LAW FIRM
   Wood Island
3  80 E. Sir Francis Drake Boulevard, Suite 3G
   Larkspur, CA 94939
4  Telephone:    (415) 461-6400
   Facsimile:    (415) 461-3900
5
   Attorneys for Plaintiff
6  VLAD TYSN

7  MALCOLM A. HEINICKE (State Bar No. 194174)
   malcolm.heinicke@mto.com
8  MARJA-LIISA OVERBECK (State Bar No. 261707)
   mari.overbeck@mto.com
9  MUNGER, TOLLES & OLSON LLP
   560 Mission Street
10 Twenty-Seventh Floor
   San Francisco, California 94105-2907
11 Telephone:    (415) 512-4000
   Facsimile:    (415) 512-4077
12
   TERRY E. SANCHEZ (State Bar No. 101318)
13 terry.sanchez@mto.com
   MUNGER, TOLLES & OLSON LLP
14 355 South Grand Avenue
   Thirty-Fifth Floor
15 Los Angeles, California 90071-1560
   Telephone:    (213) 683-9100
16 Facsimile:    (213) 687-3702

17 Attorneys for Defendant
   WELLS FARGO ADVISORS, LLC
18
   [ADDITIONAL COUNSEL LISTED BELOW]
19

20                    UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION
21

22 | VLAD TSYN, individually and on behalf of all others similarly situated, | Case No. 14-cv-02552-LB |
23 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES** |
24 | vs. | Judge:   Hon. Laurel Beeler |
25 | WELLS FARGO ADVISORS, LLC, | |
26 | Defendant. | |
27

28

33892354.1                                                                  14-cv-02552-LB
        JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CASE DEADLINES

**ADDITIONAL COUNSEL**

DAVID S. MARKUN (State Bar No. 108067)
dmarkun@mzclaw.com
Jeffrey K. Compton (State Bar No. 142969)
jcompton@mzclaw.com
MARKUN ZUSMAN FRENIERE & COMPTON LLP
17383 Sunset Boulevard, Suite A380
Pacific Palisades, CA 90272
Telephone:     (310) 454-5900
Facsimile:     (310) 454-5970

James F. Clapp (State Bar No. 145814)
CLAPP & LAUINGER, LLP
701 Palomar Airport Road, Ste. 300
Carlsbad, CA 92011
Telephone: (760) 209-6565 ext. 101
Facsimile: (760) 209-6565

GALLO, LLP
Ray E. Gallo (SBN 158903)
rgallo@gallo-law.com
1299 Fourth Street, Suite 505
San Rafael, CA 94901
Telephone:     (415) 257-8800
Facsimile:     (415) 257-8844

Attorneys for Plaintiff
VLAD TYSN

# STIPULATION

WHEREAS, Plaintiffs Vlad Tsyn, Catherine Horan-Walker, Daniel Silbermann ("Plaintiffs") bring this action against Defendant Wells Fargo Advisors, LLC ("WFA") alleging putative class action claims under California law as well as individual claims under the federal Fair Labor Standards Act ("FLSA");

WHEREAS, Plaintiffs initially pursued their FLSA claims on a putative collective action basis, but in light of the Court ruling on WFA's motions for partial summary judgment, Plaintiffs, reserving their appellate rights, have confirmed that they will not be pursuing certification of the putative collective action in this case, and so Plaintiffs' still pending FLSA claims will proceed on an individual basis only, and there is no need to schedule conditional certification proceedings;

WHEREAS, on August 11, 2016, this Court held a Further Case Management Conference during which conference the Court established certain deadlines, including the deadlines for a Motion re: Class Certification (currently set for February 9, 2017) (ECF No. 145);

WHEREAS, the Parties are still engaged in discovery pertinent to the anticipated litigation of the propriety of class certification, including taking a multi-topic deposition under Fed. R. Civ. Pro. 30(b)(6), which was delayed due the witness' schedule and then again because, on the date of the deposition, Plaintiffs' counsel's flight was cancelled due to severe weather;

WHEREAS, the Parties agree, as in the past, to meet and confer following the filing of any motion to attempt to agree on a briefing and hearing schedule and, if needed, then submit any resulting dispute to the Court;

WHEREAS, the Parties have requested extensions of the case deadlines in the past;

WHEREAS, in order to preserve the time and resources of the Court and of the Parties while the Parties continue to engage in discovery, good cause exists to continue the class certification briefing and other case deadlines; and,

WHEREAS, the Parties would be happy to attend an in person or telephonic scheduling conference with the Court if the Court has any concerns about the schedule set forth in this Stipulation;

1   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and
2   among the respective Parties hereto, that, as the Court's schedule permits, the current schedule be
3   adjusted as follows:

| Case Event | Current Filing Deadline/Hearing Date | Proposed Extended Filing Deadline/Hearing Date |
|---|---|---|
| Filing of Motion re: Class Certification | 2/9/2017 | 7/28/2017 |
| Last hearing date for dispositive motions and/or further case management conference | 5/4/2017, at 9:30a.m. | 10/26/2017, at 9:30a.m. |
| Meet and confer re pretrial filings | 7/28/2017 | 12/7/2017 |
| Pretrial filings due | 8/10/2017 | 12/21/2017 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 8/24/2017 | 1/18/2018 |
| Final Pretrial Conference | 9/28/2017, at 1:30 p.m. | 2/3/2018, at 1:30 p.m. |
| Trial | 10/10/2017, at 8:30 a.m. | 2/12/2018, at 8:30 a.m. |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  February 21, 2017            WYNNE LAW FIRM
                                     EDWARD J. WYNNE


                                     By:  /s/ Edward J. Wynne
                                         EDWARD J. WYNNE
                                     Attorneys for Plaintiff
                                     VLAD TYSN

| | | |
|---|---|---|
| 1 | DATED: February 21, 2017 | MUNGER, TOLLES & OLSON LLP |

By:  */s/ Malcolm A. Heinicke*
MALCOLM A. HEINICKE
Attorneys for Defendant
WELLS FARGO ADVISORS, LLC

FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

# [~~PROPOSED~~] ORDER

Pursuant to the Parties' Joint Stipulation, it is hereby ORDERED that the case deadlines in this matter be continued as follows:

| Case Event | Current Filing Deadline/Hearing Date | Proposed Extended Filing Deadline/Hearing Date |
|---|---|---|
| Filing of Motion re: Class Certification | 2/9/2017 | 7/28/2017 |
| Last hearing date for dispositive motions and/or further case management conference | 5/4/2017, at 9:30a.m. | 10/26/2017, at 9:30a.m. |
| Meet and confer re pretrial filings | 7/28/2017 | 12/7/2017 |
| Pretrial filings due | 8/10/2017 | 12/21/2017 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 8/24/2017 | 1/18/2018 |
| Final Pretrial Conference | 9/28/2017, at 1:30 p.m. | ~~2/3/2018~~, at 1:30 p.m. 02/01/2018 |
| Trial | 10/10/2017, at 8:30 a.m. | 2/12/2018, at 8:30 a.m. |

```
It is so ordered as modified.
```



Date: 02/22/2017

_____
HONORABLE LAUREL BEELER