1  EDWARD J. WYNNE (State Bar No. 165819)
   ewynne@wynnelawfirm.com
2  WYNNE LAW FIRM
   Wood Island
3  80 E. Sir Francis Drake Blvd., Ste. 3-G
   Larkspur, CA 94939
4  Telephone:  (415) 461-6400
   Facsimile:  (415) 461-3900
5
   Attorneys for Plaintiffs
6
   MALCOLM A. HEINICKE (State Bar No. 194174)
7  malcolm.heinicke@mto.com
   MARJA-LIISA OVERBECK (State Bar No. 261707)
8  mari.overbeck@mto.com
   MUNGER, TOLLES & OLSON LLP
9  560 Mission Street
   Twenty-Seventh Floor
10 San Francisco, California 94105-2907
   Telephone:  (415) 512-4000
11 Facsimile:  (415) 512-4077

12 Attorneys for Defendant

13
   [ADDITIONAL COUNSEL LISTED BELOW]
14

15                    UNITED STATES DISTRICT COURT

16            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18 VLAD TSYN, DANIEL SILBERMANN, LORI BAGWELL, and CATHERINE HORAN WALKER, individually and on behalf of all others similarly situated,<br><br>20          Plaintiffs,<br><br>21     vs.<br><br>22 WELLS FARGO ADVISORS, LLC,<br><br>23          Defendant. | Case No. 14-cv-02552-LB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Judge:  Hon. Laurel Beeler<br>CMC:   April 5, 2018 at 11:00 am |

1 **ADDITIONAL COUNSEL**

2  JAMES F. CLAPP (145814)
jclapp@clapplegal.com
3  MARITA MURPHY LAUINGER (199242)
mlauinger@clapplegal.com
4  CLAPP & LAUINGER LLP
701 Palomar Airport Road, Suite 300
5  Carlsbad, California 92011
Tel:     (760) 209-6565 ext. 101
6  Fax:    (760) 209-6565

7  DAVID S. MARKUN (State Bar No. 108067)
dmarkun@mzclaw.com
8  Jeffrey K. Compton (State Bar No. 142969)
jcompton@mzclaw.com
9  MARKUN ZUSMAN FRENIERE & COMPTON LLP
17383 Sunset Boulevard, Suite A380
10  Pacific Palisades, CA 90272
Telephone:     (310) 454-5900
11  Facsimile:      (310) 454-5970

12  GALLO, LLP
Ray E. Gallo (SBN 158903)
13  rgallo@gallo-law.com
1299 Fourth Street, Suite 505
14  San Rafael, CA 94901
Telephone:     (415) 257-8800
15  Facsimile:      (415) 257-8844

16  Attorneys for Plaintiffs

17

18  TERRY E. SANCHEZ (State Bar No. 101318)
terry.sanchez@mto.com
19  MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
20  Thirty-Fifth Floor
Los Angeles, California 90071-1560
21  Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702
22
Attorneys for Defendant
23

24

25

26

27

28

## STIPULATION

WHEREAS, on January 29, 2018, this Court issued an Order scheduling a Further Case Management Conference in this matter for April 5, 2018, with a Joint Case Management Conference Statement due on March 29, 2018 (ECF No. 156);

WHEREAS, the parties have reached a settlement in this matter, which is subject to Court approval, and it is their intention that a motion for preliminary approval of this settlement will be filed in the near future;

WHEREAS, the parties have met and conferred and agree that, to preserve party and judicial resources, the Further Case Management Conference should be taken off calendar and that a date for a hearing on the motion for preliminary approval scheduled for May 10, 2018 at 9:30 a.m., and that the deadline for the parties to file a motion for preliminary approval be set for April 26, 2018;

WHEREAS, the requested modification will not impact any other case deadlines in this matter;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and among the respective Parties hereto, that:  Subject to the approval of the Court, the Further Case Management Conference in this matter be vacated and, as the Court's schedule permits, a hearing on the motion for preliminary approval be scheduled for May 10, 2018 at 9:30 a.m., with the motion for preliminary approval to be filed no later than April 26, 2018.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED:  March 29, 2018          WYNNE LAW FIRM
                                EDWARD J. WYNNE


                                By:  */s/* EDWARD J. WYNNE
                                     EDWARD J. WYNNE
                                Attorneys for Plaintiff
                                VLAD TYSN, ET. AL

DATED: March 29, 2018          MUNGER, TOLLES & OLSON LLP

By:  /s/ MALCOLM A. HEINICKE
MALCOLM A. HEINICKE
Attorneys for Defendant
WELLS FARGO ADVISORS, LLC

FILER'S ATTESTATION

Pursuant to Local Rule 5-1(i)(3), regarding signatures, I attest that concurrence in the filing of the document has been obtained from each of the other signatories listed above.

**[PROPOSED] ORDER**

Pursuant to the Parties' Joint Stipulation, it is hereby ORDERED that the Further Case Management Conference in this matter be vacated, and that a hearing on the motion for preliminary approval be scheduled for May 10, 2018 at 9:30 a.m., with the motion to be filed no later than April 26, 2018.

DATED: March __, 2018

HONORABLE LAUREL BEELER